IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed that the cases should be removed from the active docket. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or before May 31, 2018; if dismissal orders are not submitted by May 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

---

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any American Medical Systems, Inc. entities.

progress in dismissing cases on the inactive docket. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement supported by affidavit from the plaintiff.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 4785.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00898 | Gina Fritz and Greg Fritz v. American Medical Systems, Inc. |
| 2:12-cv-01043 | Helen Marowski v. American Medical Systems, Inc. |
| 2:12-cv-01054 | Mimi Triant and Stavros Triant v. American Medical Systems, Inc. |
| 2:12-cv-01584 | Loretta DeLoach and Ralph DeLoach v. American Medical Systems, Inc. |
| 2:12-cv-01698 | Bonnie VanHouten v. American Medical Systems, Inc. |
| 2:12-cv-01781 | Vanessa Jackson v. American Medical Systems, Inc. |
| 2:12-cv-02055 | Pamela Mattox v. American Medical Systems, Inc. |
| 2:12-cv-02056 | Claudia MacDonald and David MacDonald v. American Medical Systems, Inc. |
| 2:12-cv-02057 | Emma Poss and Carl Poss v. American Medical Systems, Inc. |
| 2:12-cv-02098 | Ruth Franklin and Paul Franklin, Jr. v. American Medical Systems, Inc. |
| 2:12-cv-02338 | Evelyn Hollis and Harold Hollis v. American Medical Systems, Inc. |
| 2:12-cv-03057 | Sharma Brown and Fred E. Brown v. American Medical Systems, Inc. |
| 2:12-cv-03062 | Carrie Nicolino and Vincent Nicolino v. American Medical Systems, Inc. |
| 2:12-cv-03065 | Linda Perry v. American Medical Systems, Inc. |
| 2:12-cv-03422 | Lista Palmer v. American Medical Systems, Inc. |
| 2:12-cv-03574 | Susan Hardee and Milton Hardee v. American Medical Systems, Inc. |
| 2:12-cv-03576 | Veronica Hurns v. American Medical Systems, Inc. |
| 2:12-cv-03659 | Judy Hartline and David Hartline v. American Medical Systems, Inc. |
| 2:12-cv-03705 | Ingrid Beregszazy and Brian Beregszazy v. American Medical Systems, Inc. |
| 2:12-cv-04339 | Tammy J. Shambley and Richard Shambley v. American Medical Systems, Inc. |
| 2:12-cv-05461 | Charlotte Delatorre, Brian Delatorre v. American Medical Systems, Inc. |
| 2:12-cv-05671 | Kim Mandrell and Sylvester Mandrell v. American Medical Systems, Inc. |
| 2:12-cv-05673 | Mona Cothran, T. Dennis Cothran v. American Medical Systems, Inc. |
| 2:12-cv-05681 | Jimmie Pettis, Billy Pettis v. American Medical Systems, Inc. |
| 2:12-cv-05761 | Ceva Craven v. American Medical Systems, Inc. |
| 2:12-cv-06118 | Stacy Howard v. American Medical Systems, Inc. |

| 2:12-cv-06122 | Judy Dahle, Larry Dahle v. American Medical Systems, Inc. |
|---|---|
| 2:12-cv-06123 | Constance Clark, Ward Clark v. American Medical Systems, Inc. |
| 2:12-cv-07150 | Lisa James, Timothy James v. American Medical Systems, Inc. |
| 2:12-cv-07151 | Tonya Smith, Robert Smith v. American Medical Systems, Inc. |
| 2:12-cv-07199 | Joan Lake, Harold Lake v. American Medical Systems, Inc. |
| 2:12-cv-07225 | Diana Underwood, Alan Underwood v. American Medical Systems, Inc. |
| 2:12-cv-07226 | Barbara Mills, John Mills v. American Medical Systems, Inc. |
| 2:12-cv-07548 | Franki Tussey v. American Medical Systems, Inc. |
| 2:12-cv-07743 | Wanda Ellison v. American Medical Systems, Inc. |
| 2:12-cv-08249 | Kimberly Marriott v. American Medical Systems, Inc. |
| 2:12-cv-08348 | Mary Pouliezos v. American Medical Systems, Inc. |
| 2:12-cv-08353 | Christina Combs v. American Medical Systems, Inc. |
| 2:12-cv-08949 | Kimberly Birdsong, Michael Birdsong v. American Medical Systems, Inc. |
| 2:12-cv-09031 | Sarah Hatchel v. American Medical Systems, Inc. |
| 2:12-cv-09049 | Mildred Taylor v. American Medical Systems, Inc. |
| 2:12-cv-09059 | Mildred Reese v. American Medical Systems, Inc. |
| 2:12-cv-09079 | Lorinda R. Peterson, Brent Peterson v. American Medical Systems, Inc. |
| 2:12-cv-09080 | Deborah Upton, Clay Upton v. American Medical Systems, Inc. |
| 2:12-cv-09083 | Tina Banks v. American Medical Systems, Inc. |
| 2:12-cv-09084 | Maria Ordonez, Rodolfo Ordonez v. American Medical Systems, Inc. |
| 2:12-cv-09085 | Jeanette Hemphill, Jon Hemphill v. American Medical Systems, Inc. |
| 2:12-cv-09087 | Pamela Heidinger, Lance Heidinger v. American Medical Systems, Inc. |
| 2:12-cv-09088 | Brenda Back, Clifford Back v. American Medical Systems, Inc. |
| 2:12-cv-09271 | Jacqueline Flanagan v. American Medical Systems, Inc. |
| 2:12-cv-09272 | Tomeka Peterson v. American Medical Systems, Inc. |
| 2:12-cv-09273 | Marianne Bruns v. American Medical Systems, Inc. |
| 2:12-cv-09275 | Olga Gonnett, Stephen Gonnett v. American Medical Systems, Inc. |
| 2:12-cv-09276 | Judith Lariviere, Don Lariviere v. American Medical Systems, Inc. |
| 2:12-cv-09278 | Tamantha P. McFall, Jack McFall v. American Medical Systems, Inc. |
| 2:12-cv-09280 | Lorrie Graves, Peter Graves v. American Medical Systems, Inc. |
| 2:12-cv-09281 | Pamela Urquia, Pedro Urguia v. American Medical Systems, Inc. |
| 2:12-cv-09282 | Nicole Acle, Fernando Acle v. American Medical Systems, Inc. |
| 2:12-cv-09284 | Tina Scribner, Mark Scribner v. American Medical Systems, Inc. |
| 2:12-cv-09660 | Martha King, Dobbie King v. American Medical Systems, Inc. |
| 2:12-cv-09663 | Carol Fortenberry v. American Medical Systems, Inc. |
| 2:12-cv-09666 | Joyce Larson, Steve Larson v. American Medical Systems, Inc. |
| 2:12-cv-09667 | Tamara Potter v. American Medical Systems, Inc. |
| 2:12-cv-09690 | Debora Gordon v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-cv-00514 | Sharon Smith, William Smith v. American Medical Systems, Inc. |
| 2:13-cv-00719 | Monica Payne v. American Medical Systems, Inc. |
| 2:13-cv-00769 | Rosemarie Samara v. American Medical Systems, Inc. |
| 2:13-cv-00775 | Carol Rogers-Cannon, Vincent Cannon v. American Medical Systems, Inc. |
| 2:13-cv-00886 | Sharon Hunnicutt v. American Medical Systems, Inc. |
| 2:13-cv-01290 | Carolyn Sances v. American Medical Systems, Inc. |
| 2:13-cv-01512 | Christie Smith, Nicholas Smith v. American Medical Systems, Inc. |
| 2:13-cv-01835 | Debra Clawson, David Clawson v. American Medical Systems, Inc. |
| 2:13-cv-01836 | Georgena Beamon, Tracy Beamon v. American Medical Systems, Inc. |
| 2:13-cv-02704 | Cynthia Sammons v. American Medical Systems, Inc. |
| 2:13-cv-02785 | Beverly Johnson v. American Medical Systems, Inc. |
| 2:13-cv-03307 | Teresa Luna v. American Medical Systems, Inc. |
| 2:13-cv-03344 | Jean Linder, David Linder v. American Medical Systems, Inc. |
| 2:13-cv-03347 | Dorthy Beckner, Gary Beckner v. American Medical Systems, Inc. |
| 2:13-cv-03349 | Deborah Gaskey, John Gaskey v. American Medical Systems, Inc. |
| 2:13-cv-03858 | Courtney Malone, Tye Malone v. American Medical Systems, Inc. |
| 2:13-cv-03864 | Elnora Cleveland v. American Medical Systems, Inc. |
| 2:13-cv-05936 | Nancy Benitez, Michael Beltran v. American Medical Systems, Inc. |
| 2:13-cv-05952 | Louella Lombas, Gary Lombas v. American Medical Systems, Inc.-NOA |
| 2:13-cv-05953 | Christie McMenomy v. American Medical Systems, Inc. |
| 2:13-cv-05954 | Judy Shippee v. American Medical Systems, Inc. |
| 2:13-cv-05955 | Janet Stone v. American Medical Systems, Inc. |
| 2:13-cv-05956 | Joanne Vente v. American Medical Systems, Inc. |
| 2:13-cv-06714 | Peggy Hill, Brian Hill v. American Medical Systems, Inc. |
| 2:13-cv-06719 | Felicia Aumiller v. American Medical Systems, Inc. |
| 2:13-cv-06724 | Ruth Stewart, Richard Stewart v. American Medical Systems, Inc. |
| 2:13-cv-07645 | Helen Miller v. American Medical Systems, Inc. |
| 2:13-cv-07648 | Sharon Ray v. American Medical Systems, Inc. |
| 2:13-cv-08546 | Gloria L. Harper, Nicholas Harper v. American Medical Systems, Inc. |
| 2:13-cv-08547 | Kimberly Pinner v. American Medical Systems, Inc. |
| 2:13-cv-08756 | Rosemary E. Morris v. American Medical Systems, Inc. |
| 2:13-cv-08758 | Lindsey Deanne Tucker, James Tucker v. American Medical Systems, Inc. |
| 2:13-cv-08759 | Patricia Thorn v. American Medical Systems, Inc. |
| 2:13-cv-08916 | Leeann Caballero, Herb Caballero v. American Medical Systems, Inc. |
| 2:13-cv-08918 | Ronda Park, Ronald Park v. American Medical Systems, Inc. |
| 2:13-cv-08922 | Mary Ann Neumueller v. American Medical Systems, Inc. |
| 2:13-cv-08923 | Elizabeth Allan, Douglas Allan, Sr. v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-cv-08960 | Phyllis A. Mirus, Lawrence H. Mirus v. American Medical Systems, Inc. |
| 2:13-cv-08965 | Ruth Huitt v. American Medical Systems, Inc. |
| 2:13-cv-08971 | Linda Lewis, David A. Lewis v. American Medical Systems, Inc. |
| 2:13-cv-09159 | Judy A. Fite, Van Kenneth Fite v. American Medical Systems, Inc. |
| 2:13-cv-09161 | Debra A. Donaldson, Jerry A. Donaldson v. American Medical Systems, Inc. |
| 2:13-cv-09162 | Kansandra Conner v. American Medical Systems, Inc. |
| 2:13-cv-09165 | Denise M. Brown, Daniel Brown v. American Medical Systems, Inc. |
| 2:13-cv-09173 | Beverly J. Archie v. American Medical Systems, Inc. |
| 2:13-cv-09175 | Marian A. Bales v. American Medical Systems, Inc. |
| 2:13-cv-09323 | Patricia Lindsey, Allan Lindsey v. American Medical Systems, Inc. |
| 2:13-cv-09368 | Kristina Plymire, Gregory Plymire v. American Medical Systems, Inc. |
| 2:13-cv-09369 | Barbara McGlothlin, Ken McGlothlin v. American Medical Systems, Inc. |
| 2:13-cv-09659 | Wendy Miranda, Juan Miranda v. American Medical Systems, Inc. |
| 2:13-cv-09660 | Melissa Moore, Charles Moore v. American Medical Systems, Inc. |
| 2:13-cv-09663 | Donna Peck, David Peck v. American Medical Systems, Inc. |
| 2:13-cv-09665 | Donna Walsh v. American Medical Systems, Inc. |
| 2:13-cv-09848 | Mary Brouwer, David Brouwer v. American Medical Systems, Inc. |
| 2:13-cv-09850 | Betsy Cintonz, Jasper Cintonz v. American Medical Systems, Inc. |
| 2:13-cv-11646 | Victoria Edwards, Jeffrey Levine v. American Medical Systems, Inc. |
| 2:13-cv-11647 | Stacey Howard, Christopher Howard v. American Medical Systems, Inc. |
| 2:13-cv-11649 | Sheana Rochelle, Luke Rochelle v. American Medical Systems, Inc. |
| 2:13-cv-11650 | Donna Thack, Phillip Thack v. American Medical Systems, Inc. |
| 2:13-cv-11730 | Annette Church, Robert Church v. American Medical Systems, Inc. |
| 2:13-cv-11731 | Kristi Doll, Richard Doll v. American Medical Systems, Inc. |
| 2:13-cv-11732 | Kathi High, Michael High v. American Medical Systems, Inc. |
| 2:13-cv-11738 | Donna Sack v. American Medical Systems, Inc. |
| 2:13-cv-11785 | Tricia Griffith, Greg Griffith v. American Medical Systems, Inc. |
| 2:13-cv-11891 | Theresa Minadeo v. American Medical Systems, Inc. |
| 2:13-cv-11892 | Kristi Moseley, Mike Moseley v. American Medical Systems, Inc. |
| 2:13-cv-11893 | Gayla Roberson, John Roberson v. American Medical Systems, Inc. |
| 2:13-cv-12016 | Rosalyn Insprucker, Richard Olsson v. American Medical Systems, Inc. |
| 2:13-cv-12195 | Eugenia Kaye Lum, Clinton Phillip Lum v. American Medical Systems, Inc. |
| 2:13-cv-12197 | Joyce Aguirre, Kenneth Aguirre v. American Medical Systems, Inc. |
| 2:13-cv-12201 | Barbara Jones v. American Medical Systems, Inc. |
| 2:13-cv-12202 | Jamie Kropp v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-cv-12204 | Deborah McIntyre v. American Medical Systems, Inc. |
| 2:13-cv-12205 | Lora Rosant, David Rosant v. American Medical Systems, Inc. |
| 2:13-cv-12208 | Kimberly Willms v. American Medical Systems, Inc. |
| 2:13-cv-12389 | Heidi Johnson v. American Medical Systems, Inc. |
| 2:13-cv-12438 | Gail Ayres, Jeffrey Ayres v. American Medical Systems, Inc. |
| 2:13-cv-12445 | Netta James v. American Medical Systems, Inc. |
| 2:13-cv-12551 | Jeri Benasky, Robert Benasky v. American Medical Systems, Inc. |
| 2:13-cv-12552 | Lorrie E. Abrego, Gus Abrego v. American Medical Systems, Inc. |
| 2:13-cv-12553 | Cheryl D. Batey v. American Medical Systems, Inc. |
| 2:13-cv-12554 | Consuelo Ashworth, also known as Connie Ashworth, Steven Ashworth v. American Medical Systems, Inc. |
| 2:13-cv-12556 | LeeAnn Baker v. American Medical Systems, Inc. |
| 2:13-cv-12557 | Christy Arrington v. American Medical Systems, Inc. |
| 2:13-cv-12559 | Barbara J. Bellamy, Glenn Bellamy v. American Medical Systems, Inc. |
| 2:13-cv-12560 | Dixie Lee Allen, John Allen v. American Medical Systems, Inc. |
| 2:13-cv-12610 | Donna Van Wettering, Henry Van Wettering v. American Medical Systems, Inc. |
| 2:13-cv-12614 | Marjorie Hicks v. American Medical Systems, Inc. |
| 2:13-cv-12628 | Doris Howe, Terry Howe v. American Medical Systems, Inc. |
| 2:13-cv-12783 | Carol Ann Ball, Carr Ball v. American Medical Systems, Inc. |
| 2:13-cv-12784 | Ritha Faye Bass v. American Medical Systems, Inc. |
| 2:13-cv-12785 | Janie Diane Bellotte v. American Medical Systems, Inc. |
| 2:13-cv-12786 | Anne Kathrine Blinn, Michael Blinn v. American Medical Systems, Inc. |
| 2:13-cv-12788 | Elaine A. Borchert v. American Medical Systems, Inc. |
| 2:13-cv-12789 | Jody Brown, Howard Brown, Jr. v. American Medical Systems, Inc. |
| 2:13-cv-12790 | Cynthia A. Brunson, Scott Brunson v. American Medical Systems, Inc. |
| 2:13-cv-12792 | Carol Byers, Wayne Byers v. American Medical Systems, Inc. |
| 2:13-cv-12793 | Dawn M. Carmack v. American Medical Systems, Inc. |
| 2:13-cv-12794 | Theresa L. Cazenave v. American Medical Systems, Inc. |
| 2:13-cv-12796 | Stephanie Ann Chavez, Rick Chavez v. American Medical Systems, Inc. |
| 2:13-cv-12797 | Brenda L. Childress, Timothy J. Childress v. American Medical Systems, Inc. |
| 2:13-cv-12799 | Pamela S. Claycamp, Thomas D. Claycamp v. American Medical Systems, Inc. |
| 2:13-cv-12800 | Deborah Sparks v. American Medical Systems, Inc. |
| 2:13-cv-12806 | Jessica Duncan, Jamie Duncan v. American Medical Systems, Inc. |
| 2:13-cv-12807 | Kerry Nichols, Kenny Nichols v. American Medical Systems, Inc. |
| 2:13-cv-12987 | Carolyn Jones v. American Medical Systems, Inc. |
| 2:13-cv-12997 | Pamela Vega, Gary Donovitz v. American Medical Systems, Inc. |
| 2:13-cv-12998 | Rebecca Wagner, Michael Gilliam v. American Medical Systems, |

| | |
|---|---|
| | Inc. |
| 2:13-cv-12999 | Mozelle Wallace, Howard Wallace v. American Medical Systems, Inc. |
| 2:13-cv-13000 | Dawn Watts, Gary Watts v. American Medical Systems, Inc. |
| 2:13-cv-13002 | Amy Wells v. American Medical Systems, Inc. |
| 2:13-cv-13003 | Tina Wert v. American Medical Systems, Inc. |
| 2:13-cv-13004 | Cindy A. Bunn, Shawn Bunn v. American Medical Systems, Inc. |
| 2:13-cv-13006 | Melissa M. Dryden v. American Medical Systems, Inc. |
| 2:13-cv-13007 | Constance A. Fariss v. American Medical Systems, Inc. |
| 2:13-cv-13008 | Maria Magdalena Fischer, Hans Fischer v. American Medical Systems, Inc. |
| 2:13-cv-13010 | Sharon Faye Flanders, Chuck Flanders v. American Medical Systems, Inc. |
| 2:13-cv-13011 | Nicole Fraser, Richard Fraser v. American Medical Systems, Inc. |
| 2:13-cv-13013 | Esmeralda R. Gomez, Jose Gomez v. American Medical Systems, Inc. |
| 2:13-cv-13014 | Alice Kathryn Grasse, Greg Grasse v. American Medical Systems, Inc. |
| 2:13-cv-13224 | Kathleen Joyce v. American Medical Systems, Inc. |
| 2:13-cv-13658 | Pamela Roberts v. American Medical Systems, Inc. |
| 2:13-cv-13941 | Sharrie Morris, Craig Heffelfinger v. American Medical Systems, Inc. |
| 2:13-cv-13942 | Joyce Grabarec, David Michael Grabarec v. American Medical Systems, Inc. |
| 2:13-cv-13944 | Amanda Roos, Brent Roos v. American Medical Systems, Inc. |
| 2:13-cv-13945 | Cynthia Laurence, Rick Laurence v. American Medical Systems, Inc. |
| 2:13-cv-13946 | Leta Cole v. American Medical Systems, Inc. |
| 2:13-cv-13947 | Tiffany Nelson, John Nelson v. American Medical Systems, Inc. |
| 2:13-cv-13948 | Connie Swaringim, Marvin Scott Swaringim v. American Medical Systems, Inc. |
| 2:13-cv-13949 | Claudette Jenkins, Kenneth Jenkins v. American Medical Systems, Inc. |
| 2:13-cv-13950 | Tammy Jones, John Jones v. American Medical Systems, Inc. |
| 2:13-cv-13951 | Ruth Hunter v. American Medical Systems, Inc. |
| 2:13-cv-13952 | Betty Bryant v. American Medical Systems, Inc. |
| 2:13-cv-13953 | Ellen Such, Maxey Such v. American Medical Systems, Inc. |
| 2:13-cv-14037 | Cassanda Daniels v. American Medical Systems, Inc. |